UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY

**CIVIL RIGHTS COMPLAINT FORM FOR
PRO SE PRISONER LITIGANTS IN ACTIONS UNDER
28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983**

Proposed Amended Complaint

RICARDO CONCEPCION-PADILLA

Inmate ID Number: Y16046,

*PROPOSED AMENDED COMPLAINT*

(*Write your full name and inmate ID number.*)

Case No.: 5:23-cv-336-TKW-MJF
(*To be filled in by the Clerk's Office*)

v.

LT. ARMSTRONG, et al.,

Jury Trial Requested?
☒ YES  ☐ NO

_____,

_____,

(*Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.*)


PROVIDED TO
SANTA ROSA CI ON
NOV 0 6 2024
FOR MAILING BY

FILED USDC FLND PN
NOV 8 '24 AM 10:07

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: Ricardo Concepcion-Padilla   #ID Number: Y16046

List all other names by which you have been known: N/A

Current Institution: Santa Rosa C.I.

Address: 5850 E. Milton Rd
Milton, Florida 32583

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *each and every* Defendant:

1. Defendant's Name: L.T. Armstrong

   Official Position: LT.

   Employed at: Jackson C.I.

   Mailing Address: 5563 10th St.
   Malone, Florida 32445

   ☒ Sued in Individual Capacity     ☐ Sued in Official Capacity

2. Defendant's Name: _RUBEN MORILLO_

   Official Position: _SGT_

   Employed at: _5563 10th ST (Jackson CI)_

   Mailing Address: _MALONE, FL 32445_

   ☒ Sued in Individual Capacity   ☐ Sued in Official Capacity

3. Defendant's Name: _____

   Official Position: _____

   Employed at: _____

   Mailing Address: _____

   ☐ Sued in Individual Capacity   ☐ Sued in Official Capacity

   (*Provide this information for all additional Defendants in this case by attaching additional pages, as needed.*)

## II. BASIS FOR JURISDICTION UNDER 28 U.S.C. § 1331 or § 1346

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)   ☒ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate your confined status:

☐ Pretrial Detainee            ☐ Civilly Committed Detainee

☒ Convicted State Prisoner     ☐ Convicted Federal Prisoner

☐ Immigration Detainee         ☐ Other (*explain below*):

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* showing why you are entitled to relief. Describe how *each* Defendant was involved and what each Defendant did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short, numbered paragraphs, limited as far as practicable to a single event or incident. **Do not make legal arguments, quote cases, cite statutes, or reference a memorandum.** You may make copies of page 6 if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. Exhibits attached to



USE OF EXCESSIVE AND UNJUSTIFIABLE FORCE CLAIM UNDER THE EIGHT AMENDMENT AGAINST DEFENDANTS AT JACKSON CORRECTIONAL INSTITUTION

(1) ON 11/28/23 I WAS SLEEPING IN MY CELL INSIDE OF (F) DORMITORY ROOM # 2101 AT JACKSON CORRECTIONAL INSTITUTION

(2) AT APPROXIMATELY 11:30 AM THROUGH 12:30 PM LT. ARMSTRONG, SERGEANT RUBEN MORILLO AND SEVERAL "JOHN DOE" APPROACHED MY CELL DOOR

(3) LT. ARMSTRONG THEN OPENED MY CELL DOOR DUE TO BEING BROKEN FOR WEEKS AND WOKED ME UP OUT OF A SLEEP

(4) LT. ARMSTRONG THEN STATED TO ME 'CUFF UP' GET DOWN FROM YOUR BUNK AND SUBMIT TO HAND RESTRAINT IN WHICH I JUMPED OUT OF THE TOP BUNK TO THE FLOOR TO SUBMIT TO RESTRAINTS

(5) AS SOON AS I JUMPED OUT OF BED TO SUBMIT TO RESTRAINTS LT. ARMSTRONG STATED DIRECTLY TO ME " STOP YOUR LAWSUITS' OR ' YOU GOING TO DIE IN AMU ' (upon information and belief) PLAINTIFF HAS AN ONGOING LAWSUIT AGAINST A SERGEANT AT JACKSON C.I. AND AS LT. ARMSTRONG SAID THESE WORDS TO ME LT ARMSTRONG DISPERSED (4) LONG BURST OF PEPPER SPRAY IN MY FACE, EYES, AND MOUTH CAUSING PAIN, BURNING SENSATION THAT CAUSED MUCUS TO COME OUT OF MY NOSE BURNING OF EYES MAKING IT DIFFICULT TO SEE, (GAGING REFLEX, MY LARYNX WAS TEMPORARY PARALIES IN WHICH I FELT DISSUFOCATED, ANXIETY AND I PANIC DUE TO LOSS OF AIR (SEE) HAND HELD CAMARA

page 5

(6) Sergeant Ruben Morillo then came inside my cell 'slammed' me to the ground causing pain to my back

(7) While in pain on the ground Sergeant Ruben Morillo stuck his hand down my pants from the back and inserted a finger in my anus causing pain and discomfort while directly stating to me "Faggot bitch, stop your lawsuits" (see) page 11 herein (upon information and belief) Plaintiff has an ongoing lawsuit on a Sergeant at Jackson Correctional Institution

(8) I was then placed in handcuff by an unknown officer 'Spanish guy' John Doe who is short and wears a hat in which he kept me on the ground for about (2) long minutes

(9) I did not say nothing in fear of getting kick or abuse again while suffering in pain on the ground

(10) I then felt multiple hands grabbing me and stood me up from the ground I screamed in pain due to my back injury from being slammed to the ground by Morillo, Ruben

(11) I was taken outside my cell in which I opened my eyes I saw Sergeant Godwin in which he told Lt. Armstrong 'I can't touch him due to court order (upon information and belief) Sergeant Godwin 'Cannot touch plaintiff due to a pending lawsuit against him by plaintiff.

6

(12) I TOLD SERGEANT GODWIN "YOU KNOW OUR DEADLINE IS TOMMOROW THE 11/29/23 PLEASE MAKE SURE I GET MY LEGAL WORK I JUST GOT MY COPIES IN OPPOSITION TO YOUR MOTION TO DISMISS IN WHICH GODWIN STATED THEY'LL PUT IT IN YOUR PROPERTY

(13) OFFICER CAUSEY THEN GRABBED ME AND BEGAN ESCORTING ME TO CONFINEMENT FOR DECONTAMINATION IN WHICH WHILE HEADED TO CONFINEMENT OFFICER CAUSEY STATED "OH SHIT" WHERE IS THE CAMARA OPERATOR

(14) CAUSEY THEN STOPPED ME AND HELD ME BY CENTER GATE BENCHES AWAITING CAMARA OPERATOR (UPON INFORMATION AND BELIEF) CAMARA OPERATOR MUST REPORT AT THE CRIME SCENE NOT AFTER INMATE IS MOVED TO ANOTHER SCENE

(15) AS SOON THE CAMARA OPERATOR ARRIVED AT CENTER GATE OFFICER CAUSEY BEGAN TO MOVE ME TOWARDS INSIDE OF (H3) DORMITORY FOR DECONTAMINATION PROCEDURE IN WHICH I RINSED THE CHEMICAL AGENT AND STATED TO THE CAMARA "YA DID THIS CAUSE I BE FILING LAWSUITS"

(16) I THEN WAS ESCORTED TO SEE THE NURSE IN WHICH "JANE DOE" NOTED MY VITALS AND I TOLD HER ABOUT MY INJURIES AND ASSAULT IN WHICH SHE LOOKED AT ME CRAZY

(17) ON 11/29/23 I FILED SICK-CALL ABOUT THE SEXUAL ASSAULT AND PLACED IT IN BLACKSHEARS HAND MY PSYCH COUNSLOR IN WHICH SHE DELIVERED IT TO NURSE CHAMBERS

7

(18) On 11/29/23 Nurse Chambers came for a sexual assault assesment in which I told her Sergeant Ruben Morrik inserted a finger in my anus causing pain and discomfort during a use of force in which I'am bleeding and when I use the toilet it burns when I take a dump and when I wipe theres blood on the tissue from my anus.

(19) Nurse Chamber noted my injury and I asked her when would I see the doctor so they can visually see my injuries (in which upon and Belief) FDC and Centurion Staff" have a requirement to report as mandatory Reporters" because the longer staff wait to report it the more difficult it is to obtain the evidence necessary to assist in the investigation.

(20) On 11/30/23 I saw Nurse Chambers and asked her why the Doctor has not come seen me (upon information and Belief) Nurse Chambers was passing out medication to 83 inmates in H3 wing. She states I did my job, and I passed it on.

(21) On the morning of 12/8/23 I filed a formal '303' Grievance alleging (PREA) due to the fact that no Doctor, no APRN, Medical provider for Centurion has came to visually see my injuries. For the 11/29/23 sexual assault assesment made by Nurse Chambers who works for Centurion

(22) On 12/8/23 Approximately 1pm I was taken to medical for "PREA" Assessment 'the second time'

page 8

(23) In medical I was then interviewed by (OIC) Captain Brown in which I gave the same version of the attack by Ruben Moxioco in which then I was taken to see Nurse Chambers

(24) When I stepped inside medical room where Nurse Chambers was she stated to Captain Brown "I already did an assesment of Concepcion-Pedilla, R on 11/29/23 I did my job see Nurse Jane Doe"

(25) Nurse Jane Doe then told me to sit in her chair "So I can do your second assesment on this sexual assault"

(26) I asked Jane Doe nurse why? "I never saw a doctor or an APRN, medical provider for the first assesment" its been (9) days ago my injuries are gone I only feel pain and discomfort when I sit down, All my evidence of injuries are only noted on my first assessment by Nurse Chambers noone came to visually inspect me or give me treatment theres no more blood coming out my anus (upon information and belief) "The longer a victim waits to report the attack the more difficult it is to obtain the evidence neccessary to assist in the investigation, My 1st assessment was on 11/29/23

(27) Nurse Jane Doe stated "We were waiting on a "PREA" number from security (upon information and belief) FDC and Centurion staff have a requirement to report as mandatory "Reporters" as soon they hear of an assault

page 9

28) Nurse Jane Doe called Virginia, Lockey, the APRN, medical provider for Centurion in front of me in which Mrs. Lockey stated its been (9) days so there's no need for the meds and/or the lab work to be done

29) Plaintiff has filed several sick-calls for his back injury, chest pains due to the exposure of chemicals and sick calls to see psychiatric due to his mental health being at state plaintiff is suffering psycological harm from, as a result of the Sergeant Morillo's gratuitous and offensive invasion of his private space (i.e.) his anus

30) On 12/11/23 I filed another sick-call due to my back killing me "in pain" due to Sergeant Morillo" slamming me to the ground and my anus hurt in pain after I sit for long period of time

31) On 12/12/23 I was seen for the first time for the 12/11/23 sick-call but as of date no mental health provider has come counseled me about the trauma I faced on 11/28/23

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

(1) THIS IS A CIVIL ACTION AUTHORIZED BY 42. U.S.C § 1983 TO REDRESS THE DEPRAVATION UNDER COLOR OF STATE LAW OF RIGHTS SECURED BY THE CONSTITUTION OF THE UNITED STATES THIS COURT HAS JURISDICTION UNDER 28 U.S.C §1331 AND §1343 PLAINTIFF ALSO SEEKS DECLARATORY RELIEF PURSUANT TO U.S.C §2201, §2202 AND §2284 ALSO 18 U.S.C 3626 (a)(1)(A)'S

(2) IN WHICH DEFENDANTS AS MENTION HEREIN THIS CIVIL SUIT ALL WORKING FOR JACKSON CORRECTIONAL INSTITUTION ON DUTY WHEN ACTING UNDER COLOR OF STATE LAW VIOLATED PLAINTIFF'S RIGHTS SECURED BY THE 8th, AND 14th AMENDMENT TO THE UNITED STATES CONSTITUTION

(3) LT. ARMSTRONG AND SERGEANT MORILLO USED EXCESSIVE AND UNJUSTIFIABLE FORCE BY PEPPER SPRAYING PLAINTIFF WITH FOUR LONG BURST OF CHEMICAL AGENTS, SLAMMING PLAINTIFF TO THE GROUND, AND SEXUALLY ASSAULTING PLAINTIFF WITHOUT ANY PENOLOGICAL REASON(S) AND WITHOUT ANY LEGAL JUSTIFICATION [CONTINUE ON PAGE 11-1]

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages (either actual or punitive damages), include the amount sought and explain the basis for the claims.

(1) PLAINTIFF SEEKS COMPENSATORY DAMAGES AGAINST ALL DEFENDANTS HEREIN JOINTLY AND SEVERALLY IN THE AMOUNT OF $100,000.00

(2) PLAINTIFF SEEKS PUNITIVE DAMAGES AGAINST DEFENDANTS HEREIN JOINTLY AND SEVERALLY IN THE AMOUNT OF $99,098.99

(3) PLAINTIFF SEEKS NOMINAL DAMAGES JOINTLY AND SEVERALLY IN THE AMOUNT OF $1.00

(4) PLAINTIFF SEEKS RECOVERY OF ALL COST IN THIS SUIT AND PLAINTIFF'S ASK FOR ANY ADDITIONAL RELIEF (See 18 U.S.C. §3626 INCLUDING A JURY TRIAL

(5) PLAINTIFF RESPECTFULLY PRAYS THIS HONORABLE COURT FORGIVES ANY ERROR I COMMIT DURING THE PENDENCY OF THIS SUIT

(3) Lt. Armstrong and Sergeant Morillo used excesive and unjustifiable force by pepper spraying plaintiff with (4) long burst of chemical agents, slamming plaintiff to the ground and sexually assaulting plaintiff without any penelogical reason(s) and without any legal justification but for the very purpose of causing pain to inmate person

(4) The application of force with a sexual assault was not neccessary to maintain discipline and/or maintain order inside the prison setting but was applied maliciously and sadistically for the very purpose of causing harm by Lt. Armstrong and Sergeant Ruben Morillo

11-J

VII. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

The Prison Litigation Reform Act ("PLRA") requires prisoners to exhaust all available administrative remedies (*grievance procedures*) before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** ***If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*** If the case is dismissed for failure to exhaust or for any reason, you will still be required to pay the full filing fee and the dismissal may count as a "strike" under 28 U.S.C. § 1915(g). Therefore, please consider whether you have fully exhausted your remedies before proceeding with this action.

VIII. **PRIOR LITIGATION**

*This section requires you to identify your prior litigation history. Be advised that failure to disclose all prior state and federal cases—including, but not limited to civil cases, habeas cases, and appeals—may result in the dismissal of this case. You should err on the side of caution if you are uncertain whether a case should be identified.*

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while*

*incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you had any case in federal court, including federal appellate court, dismissed as frivolous, as malicious, for failure to state a claim, or prior to service?

☑ YES 

If "Yes," identify the case number, date of dismissal, and court for each case:

1. Date: 10/15/21   Case #: 5:21-CV-167 TKW-MJF
   Court: NORTHERN DISTRICT - PANANONG CITY Div
   Reason: Voluntary Dismissal w/o prejudice

2. Date: 1/31/2023   Case #: 5:22 CV 273 TKW-MJF
   Court: Northern Dist. Panama City
   Reason: Voluntary Dismissal w/o prejudice

3. Date: _____ Case #: _____
   Court: _____
   Reason: _____

(*If necessary, list additional cases on an attached page*)

B. Have you filed other lawsuits or appeals in **state or federal court** dealing with the same facts or issue involved in this case?

☐ YES  ☒ NO

If "Yes," identify the case number, parties, date filed, result (*if not still pending*), name of judge, and court for each case (*if more than one*):

1. Case #:_____ Parties: _____

   Court:_____ Judge: _____

   Date Filed:_____ Dismissal Date (*if not pending*): _____

   Reason: _____

2. Case #:_____ Parties: _____

   Court:_____ Judge: _____

   Date Filed:_____ Dismissal Date (*if not pending*): _____

   Reason: _____

(*If necessary, list additional cases on an attached page*)

C. Have you filed any other lawsuit, habeas corpus petition, or appeal in **state or federal court** either challenging your conviction or relating to the conditions of your confinement?

☒ YES  ☐ NO

If "Yes," identify all lawsuits, petitions and appeals:

1. Case #: 6:18cv1438-ORL-18TBS  Parties: A. VARGAS
   Court: MIDDLE DISTRICT OF FLA ORLANDO DIV.   Judge: G. KENDALL SHARP
   Date Filed: 11/7/2018   Dismissal Date (*if not pending*): 9-5-2019
   Reason: SETTLEMENT

2. Case #: 5:19 CV 620 JCB-PRL   Parties: ATIQ JOHNSON et al
   Court: MIDDLE DIST. FLA. OCALA DIVISION   Judge: JOHN L. BADALAMENTI
   Date Filed: DON'T KNOW   Dismissal Date (*if not pending*): 3.23.2022
   Reason: SETTLEMENT

3. Case #: 5:21.CV167 TKW-MJF   Parties: SCOTT MAY et al.
   Court: NORTHERN DIST FLA PANAMA CITY DIV.   Judge: TKW/MJF
   Date Filed: DON'T KNOW   Dismissal Date (*if not pending*): 10/13/2021
   Reason: Voluntary Dismissal without Prejudice

4. Case #: 5.22 CV 273 TKW-MJF   Parties: Sgt. Davis
   Court: NORTHERN DIST FLA PANAMA DIV.   Judge: Michael J Frank
   Date Filed: 1-6-22   Dismissal Date (*if not pending*): 1.31.23
   Reason: Voluntary Dismissal w/o Prejudice

5. Case #: 5:23-CV-59 TKW-MJF   Parties: Dylan Goodwin
   Court: Northern District   Judge: TKW-MJF
   Date Filed: 3-10-23   Dismissal Date (*if not pending*): PENDING
   Reason: PENDING

    6. Case #:_____ Parties: _____

       Court:_____ Judge: _____

       Date Filed:_____ Dismissal Date (*if not pending*): _____

       Reason: _____

    ***(Attach additional pages as necessary to list all cases.)***

## IX. CERTIFICATION

1. I declare, under penalty of perjury, that all of the information stated above and included on or with this form, including my litigation history, is true and correct.

2. Additionally, as required by Federal Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non- frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

3. I understand it is my obligation to timely notify the Clerk's Office if there is any change to my mailing address and that my failure to do so may result in a dismissal of the action.

Date: 11/6/24  Plaintiff's Signature: _____

Printed Name of Plaintiff: Ricardo Concepcion-Padilla

Correctional Institution: Santa Rosa C.I

Address: 5850 E. Milton Rd
Milton, Florida 32583

I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☒ delivered to prison officials for mailing or ☐ deposited in the prison's mail system for mailing on the 6th day of Nov, 2024.

Signature of Incarcerated Plaintiff: _____

Ricardo Concepcion - Padilla Y16046
Santa Rosa Correctional Institution
5850 E Milton Road
Milton, Florida 32583





Clerk of Court
1 N. Palafox St
Pensacola, Florida 32502